# Law Office of
# Philip P. Vogt, PLLC

Attorneys At Law
5 Penn Plaza, 23rd Floor
New York, NY 10001
212-835-1640
Fax No. 347-493-3529
http://www.PVogtlaw.com

PHILIP P. VOGT
ELIZABETH CHIATTO ZYMBERI ▲
PHILIP J. VOGT
▲ Also Member of NJ Bar

JOSEPH P. ALTIER, Retired

December 2, 2016

Hon. Arlene Rosario Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: Christopher Donals v. LIRR
        16-CV-5830 (LDW)(ARL)

Dear Judge Lindsay:

 With reference to the above matter, please be advised that this office represents plaintiff, Christopher Donals.

 In furtherance of the Court's Order of December 1, 2016, please be advised that all parties to the within action have conferred and consent to the proposed pretrial scheduling order prepared by the Court.

 The parties are hereby requesting that the initial conference presently scheduled for December 21, 2016, at 2:00 p.m., be canceled.

 Thank you for your courtesy and consideration in this matter.

          Very truly yours,

          Philip P. Vogt

PPV/ecz

cc: Mark D. Hoffer, Esq
   Attorneys for Defendant
   LIRR Law Department -1143
   Jamaica Station
   Jamaica, New York 11435
   Attn: Kevin P. McCaffrey, Esq.