UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHRISTOPHER DONALS,

                                    Plaintiff,

                                                                    **SCHEDULING ORDER**
                    -against-                                       CV 16-5830 (LDW) (ARL)

THE LONG ISLAND RAILROAD COMPANY,
                                                Defendant.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**
The following pretrial schedule is adopted:

**March 21, 2017:**    Deadline for commencement of motion practice for joinder of additional
                       parties or amendment of pleadings.

**June 21, 2017:**     All discovery, inclusive of expert discovery, to be concluded. The parties
                       are advised that pursuant to Judge Wexler's directions, any party seeking
                       to extend the discovery schedule is hereby advised that such extensions
                       will be strictly limited to accommodate complex matters and exigent
                       circumstances of counsel.

**July 5, 2017:**      Any party planning on making a dispositive motion must take the first step
                       in the motion process by this date or risk forfeiting the right to make such
                       a motion.  Parties are directed to consult the district judge's individual
                       rules regarding such motion practice.

**July 19, 2017:**     Final conference before the undersigned at **11:00 a.m.**  Meaningful
                       settlement discussions will occur at the conference.  Clients or  other
                       persons with full settlement authority must be available by telephone.
                       Parties are to  electronically file a joint proposed pretrial order in
                       compliance with the district judge's individual rules, signed by counsel for
                       each party, prior to the conference.

        This scheduling order will be modified by the Court only upon a timely showing of good
cause.  Any request for modification of this scheduling order must be in writing, and submitted in
accordance with the undersigned's Individual Rule 1 (D).

All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York
       December 8, 2016

**SO ORDERED:**

_____s/_____

ARLENE ROSARIO LINDSAY
United States Magistrate Judge